# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# BEAUMONT DIVISION

| | | |
|---|---|---|
| AMY MICHELLE MODICA, | § | |
| *Plaintiff,* | § § § | |
| v. | § § | CIVIL ACTION NO. 1:10-CV-515 |
| MARCY ALFORD, *et al.*, | § § § | |
| *Defendants.* | § | |

## MEMORANDUM ORDER ADOPTING REPORT AND DISMISSING CASE

Pending before the Court are the defendants' Motions to Dismiss [doc. #2, doc. #4]. The Court referred this matter to United States Magistrate Judge Keith F. Giblin for consideration and recommended disposition of case-dispositive pretrial motions. The Court has received and considered the report of the United States Magistrate Judge, along with the record and pleadings.

The magistrate judge recommended that the defendants' motions be granted. He also recommended that the Court dismiss the plaintiff's claims for want of prosecution. No party has objected to the report and recommendation. After review, the Court finds that Judge Giblin's findings and recommendations should be accepted. Based upon the magistrate judge's findings of fact and recommended disposition, the Court **ORDERS** that the report and recommendation on dismissal [doc. #5] is **ADOPTED**. The Court further **ORDERS** that the defendants' motions to dismiss [doc. #2, doc. #4] are **GRANTED**. The plaintiff's claims are **DISMISSED** in their entirety, with prejudice. The Clerk of Court is directed to **CLOSE** this civil action.

So **ORDERED** and **SIGNED** this **17** day of **May, 2011.**

_____
Ron Clark, United States District Judge